**EXHIBIT "B"**

**THOMPSON HINE**

ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
CHICAGO   CLEVELAND   DAYTON   WASHINGTON, D.C.

**SEAN A. GORDON**
Direct Dial: (404) 407-3678
Email: Sean.Gordon@thompsonhine.com

February 19, 2021

VIA FACSIMILE AND REGISTERED AIRMAIL

Automatic Ice Maker Company
400 South Avenue, Suite 6
Middlesex, New Jersey 08846
Attn: Jordan Singer, Pres.
Fax: 732-469-3110

Re:   NOTICE OF DELINQUENCY, BREACH OF DISTRIBUTOR AGREEMENT, DEMAND FOR PAYMENT, AND INTENT TO REPURCHASE PRODUCTS

Dear Mr. Singer:

The undersigned and this law firm represent Hoshizaki America, Inc. ("Hoshizaki America") and Hoshizaki Northeastern Distribution Center, Inc. ("Distribution Center", and together with Hoshizaki America, collectively, "Hoshizaki"). Reference is made to that certain 2019 Distributor Agreement, dated as of January 1, 2019, by and between Hoshizaki America and Distribution Center, on the one hand, and Automatic Ice Maker Company ("AIM"), on the other hand (as amended, restated, and/or modified, the "Agreement"). Capitalized but undefined terms used herein shall have the meanings ascribed to them under the Agreement.

Pursuant to Section 15.2(a) of the Agreement, Hoshizaki hereby notifies AIM that AIM is in material breach of and has failed to perform its obligations under the Agreement. Specifically, AIM's breach includes, but is not limited to, its failure to make payment as and when due for certain Products sold and delivered, as required under Section 4 of the Agreement. Hoshizaki hereby demands that AIM immediately pay all amounts past due and owing under the Agreement within ten (10) days of AIM's receipt of this letter, which as of the date of this letter total not less than **$1,701,333.45** on account of outstanding invoices from May 2020 to the present, plus all applicable late charge fees and attorneys' fees as provided for under Sections 4.3 and 4.4 of the Agreement. Please contact the undersigned counsel for an up to date balance of the amount outstanding.

Payment may be made by wire transfer in accordance with the following wire transfer instructions:



February 19, 2021
Page 2

| | | |
|---|---|---|
| **Account Name**: | | Hoshizaki America, Inc. |
| **Bank Name**: | | Bank of Tokyo |
| **Address**: | | 133 Peachtree St. NE, Suite 345<br>Atlanta, GA 30303-1808 |
| **Phone:** | | (404) 222-4204 |
| **Routing #:** | | 026009632 |
| **Bank Account #:** | | 210006137 |
| **Swift Code:** | | BOTKUS33 |

Moreover, pursuant to Section 15 of the Agreement, Hoshizaki hereby notifies AIM that if it fails to cure the aforementioned material breach of the Agreement and delinquency on or before March 1, 2021, then Hoshizaki shall terminate the Agreement effective as of March 2, 2021.

Further, upon termination of the Agreement, please be advised that Hoshizaki may elect to exercise its rights under Section 18 of the Agreement to repurchase any and all new, undamaged, and saleable Products and Parts then unsold and subject to repurchase thereunder. The repurchase price for any such Products and/or Parts shall be calculated consistent with Section 18 of the Agreement, and shall be credited toward the aforementioned balance outstanding. Please be advised further that consistent with Section 18.2 of the Agreement, and within thirty (30) days after termination of the Agreement, AIM must furnish Hoshizaki on forms supplied by Hoshizaki a detailed inventory of all items of the Products and Parts which Hoshizaki may elect to repurchase.

This notice is without prejudice to any of Hoshizaki's rights, powers, privileges, remedies, and defenses, now existing or hereafter arising, all of which are hereby expressly reserved. AIM is advised that this law firm is attempting to collect the debt described herein and any information obtained will be used for that purpose. All future communication regarding this matter should be directed to the undersigned.



February 19, 2021
Page 3

                                       Respectfully,

                                       THOMPSON HINE LLP

                                       Sean A. Gordon

cc:    Hoshizaki America, Inc.
        Hoshizaki Northeastern Distribution Center, Inc.
        J. Timothy McDonald, Esq.
        Austin Alexander, Esq.

**THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**



# FAX COVER PAGE

PAGES     4    including cover

DATE     February 19, 2021

FROM     Sean A. Gordon
Phone: 404.407.3678
Fax: 404.541.2905
Sean.Gordon@ThompsonHine.com

TO:     Jordan Singer, Pres.        FAX:    732-469-3110
Automatic Ice Maker Company      PHONE:

PROBLEMS WITH TRANSMISSION? CALL MAILROOM        PHONE 404-541-2973

CONFIDENTIALITY NOTICE: THE INFORMATION IN THIS TRANSMITTAL IS CONFIDENTIAL AND INTENDED ONLY FOR THE RECIPIENT LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT NOR A PERSON RESPONSIBLE FOR DELIVERING THIS TRANSMITTAL TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION OR COPYING OF THIS TRANSMITTAL IS PROHIBITED. IF YOU RECEIVED THIS TRANSMITTAL IN ERROR, PLEASE IMMEDIATELY NOTIFY US AND RETURN THE TRANSMITTAL TO US AT OUR EXPENSE.

THOMPSON HINE LLP    Two Alliance Center    www.ThompsonHine.com
ATTORNEYS AT LAW    3560 Lenox Road NE, Suite 1600    O: 404.541.2900
Atlanta, Georgia 30326-4266    F: 404.541.2905

TRANSMISSION VERIFICATION REPORT

```
                                        TIME   : 02/19/2021 18:58
                                        NAME   :
                                        FAX    :
                                        TEL    :
                                        SER.#  : U63274A5J888950
```

```
DATE,TIME              02/19 18:57
FAX NO./NAME           917324693110
DURATION               00:00:40
PAGE(S)                04
RESULT                 OK
MODE                   STANDARD
                       ECM
```

RA 895 872 886 US

United States Postal Service
**REGISTERED MAIL**

**Registered No.**   **Date Stamp**

Postage $

Extra Services & Fees
- Registered Mail $
- Return Receipt (hardcopy) $
- Return Receipt (electronic) $
- Restricted Delivery $

Customer Must Declare Full Value $

To Be Completed By Post Office
- Extra Services & Fees (continued)
- Signature Confirmation
- Signature Confirmation Restricted Delivery

Received by

**Total Postage & Fees** $

OFFICIAL USE

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

| TO | FROM |
|---|---|
| AUTOMATIC ICE MAKER CO<br>JORDAN SINGER<br>400 SOUTH AVE SUITE 6<br>MIDDLESEX NJ 08846 | THOMPSON HINE<br>3560 LENOX RD<br>SUITE 1600<br>ATLANTA GA 30326-4260 |

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051   Copy 1 - Customer
For domestic delivery information, visit our website at www.usps.com® (See Information on Reverse)

THOMPSON HINE, LLP
AUTOMATIC ICE MAKER Co.
400 SOUTH AVE SUITE 6
MIDDLESEX NJ 08846

THOMPSON HINE LLP
3900 Key Center, 127 Public Square, Cleveland, Ohio 44114-1291

NEOPOST
02/19/2021
US POSTAGE $010
ZIP 04 1M