Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AUTOMATIC ICE MAKER COMPANY
was received by me on *(date)* 3/25/2021 .

☑ I personally served the summons on the individual at *(place)* Renee Singer (Treasurer) on *(date)* 3/3/2021 1:30pm; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/3/2021

_____
*Server's signature*

Larry Seibel (Process Server)
*Printed name and title*

937 South Place A-3
Union, New Jersey 07083
*Server's address*

Additional information regarding attempted service, etc: