UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| HOSHIZAKI AMERICA, INC. and HOSHIZAKI NORTHEASTERN DISTRIBUTION CENTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br><br> AUTOMATIC ICE MAKER COMPANY, <br><br> Defendants. | CASE NO.: 3:21-cv-00022-TCB |

## NOTICE OF APPEARANCE

Pursuant to LR 83.1(d)(1), NDGa, Lindsey E. Hughes of the law firm Arnall Golden Gregory LLP hereby files her notice of appearance on behalf of Defendant Automatic Ice Maker Company. Counsel requests that copies of all further notices and pleadings given or filed in this proceeding be given and served at the address, facsimile number and e-mail address referenced below.

Respectfully submitted this 17th day of March, 2021.

*/s/ Lindsey E. Hughes*
Lindsey E. Hughes
Georgia Bar No. 371291
Andrew B. Flake

1

Georgia Bar No. 262425

ARNALL GOLDEN GREGORY, LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363
Telephone: 404-873-8500
Facsimile: 404-873-8501
Lindsey.hughes@agg.com
Andrew.Flake@agg.com

*Attorneys for Defendant Automatic Ice Maker Company*

## CERTIFICATE OF COMPLIANCE

By her signature below, and as required by Local Rule 7.1.D., counsel for Defendant certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1.B, namely, Book Antiqua (13 point).

Respectfully submitted, this 17th day of March, 2021.

*/s/Lindsey E. Hughes*
Lindsey E. Hughes

3
16331158v1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| HOSHIZAKI AMERICA, INC. and HOSHIZAKI NORTHEASTERN DISTRIBUTION CENTER, INC., <br><br>Plaintiffs,<br><br>v.<br><br>AUTOMATIC ICE MAKER COMPANY,<br><br>Defendants. | CASE NO.: 3:21-cv-00022-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that on March 17th, 2021, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Sean A. Gordon
Austin B. Alexander
THOMPSON HINE LLP
Two Alliance Center
Suite 1600
Atlanta, GA 30326
Telephone: 404-541-2900
Facsimile: 404-541-2905
Sean.gordon@thompsonhine.com

Austin.alexander@thompsonhine.com
*Attorneys for Plaintiffs*

        */s/ Lindsey E. Hughes*
        Lindsey E. Hughes
        Georgia Bar No. 371291
        Andrew B. Flake
        Georgia Bar No. 262425

        ARNALL GOLDEN GREGORY, LLP
        171 17th Street NW
        Suite 2100
        Atlanta, GA 30363
        Telephone: 404-873-8500
        Facsimile: 404-873-8501
        Lindsey.hughes@agg.com
        Andrew.Flake@agg.com

        *Attorneys for Defendant Automatic Ice Maker Company*