UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| HOSHIZAKI AMERICA, INC. and HOSHIZAKI NORTHEASTERN DISTRIBUTION CENTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br><br> AUTOMATIC ICE MAKER COMPANY, <br><br> Defendants. | CASE NO.: 3:21-cv-00022-TCB |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER**

Defendant Automatic Ice Maker Company ("AIM"), pursuant to Fed. R. Civ. P. 6(b)(1)(A), hereby respectfully requests that the Court extend its time to answer Plaintiffs' Complaint from March 23, 2021 to April 22, 2021. AIM does not make this request for the purpose of delay.

In support of this Motion, AIM submits that:

1. The Complaint was filed on February 19, 2021.

2. AIM was served with a summons and copy of the Complaint on March 2, 2021.

3. Accordingly, under Fed. R. Civ. P. 12(a)(4)(A), AIM's deadline to file an answer is currently March 23, 2021.

4. Counsel for the parties have conferred, and Plaintiffs consent to an extension through and including April 22, 2021.

5. This is the first request for an extension of this deadline, and the parties intend to use the intervening time to discuss potential resolution of the dispute.

Accordingly, AIM, with the consent of Plaintiffs, respectfully requests that the Court enter an Order extending the time in which AIM must file its answer to the Complaint through and including April 22, 2021. For the Court's convenience, a proposed order is attached hereto as Exhibit "A"

Respectfully submitted this 17th day of March, 2021.

                                            */s/ Lindsey E. Hughes*
                                            Lindsey E. Hughes
                                            Georgia Bar No. 371291
                                            Andrew B. Flake
                                            Georgia Bar No. 262425

                                            ARNALL GOLDEN GREGORY, LLP
                                            171 17th Street NW
                                            Suite 2100
                                            Atlanta, GA 30363
                                            Telephone: 404-873-8500
                                            Facsimile: 404-873-8501
                                            Lindsey.hughes@agg.com

Andrew.Flake@agg.com

*Attorneys for Defendant Automatic Ice Maker Company*

**Consented To By:**

*/s/ Austin B. Alexander*
Sean A. Gordon
Georgia Bar No. 777350
Austin B. Alexander
Georgia Bar No. 962059
THOMPSON HINE LLP
Two Alliance Center
Suite 1600
Atlanta, GA 30326
Telephone: 404-541-2900
Facsimile: 404-541-2905
Sean.gordon@thompsonhine.com
[Austin.alexander@thompsonhine.com](Austin.alexander@thompsonhine.com)
*Attorneys for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

By his signature below, and as required by Local Rule 7.1.D., counsel for Defendant certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1.B, namely, Book Antiqua (13 point).

Respectfully submitted, this 17th day of March, 2021.

*/s/Lindsey E. Hughes*
Lindsey E. Hughes

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing has been filed using the Court's CM/ECF system, which will send a service copy to all counsel of record.

This 17th day of March, 2021.

                                              */s/ Lindsey E. Hughes*
                                              Lindsey E. Hughes

                                              *Attorney for Defendant Automatic Ice Maker Company*