# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| HOSHIZAKI AMERICA, INC. and HOSHIZAKI NORTHEASTERN DISTRIBUTION CENTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUTOMATIC ICE MAKER COMPANY., <br><br> Defendants. | CASE NO.: 3:21-cv-00022-TCB |

## ORDER GRANTING EXTENSION OF TIME TO ANSWER

The Court having reviewed the Consent Motion for Extension of Time for Defendant Automatic Ice Maker Company to Answer, it is hereby ORDERED that the Motion is GRANTED, and that Defendant shall have an extension of time through and including April 22, 2021 in which to answer or otherwise respond to the Complaint.

This <u>18th</u> day of March, 2021

_____
Hon. Timothy C. Batten, Sr.
Judge, United States District Court for
the Northern District of Georgia

1