## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

HOSHIZAKI AMERICA, INC. and
HOSHIZAKI NORTHEASTERN
DISTRIBUTION CENTER, INC.,

       **Plaintiffs,**

**v.**

       **CASE NO.: 3:21-cv-00022-TCB**

AUTOMATIC ICE MAKER
COMPANY,

       **Defendant.**

## DEFENDANT'S MOTION
## TO DISMISS, OR ALTERNATIVELY, TO STAY
## PROCEEDINGS AND TO COMPEL ARBITRATION

Pursuant to Fed. R. Civ. P. 12(b)(3) and 9 U.S.C. §§ 3 and 4, Defendant

Automatic Ice Maker (AIM) hereby respectfully moves this Court to enter an

Order compelling arbitration and either: (1) dismissing Plaintiffs Hoshizaki

America, Inc. and Hoshizaki Northeastern Distribution Center, Inc.'s Complaint

or, alternatively, (2) staying the litigation against AIM in this matter until

arbitration is complete. As argued in AIM's accompanying memorandum of law,

AIM's Motion to Dismiss or Stay should be granted because Plaintiffs are

1

contractually required to arbitrate, rather than litigate in court, their claims against AIM.

WHEREFORE, AIM respectfully requests that its Motion to Dismiss, or Alternatively to Stay Proceedings and Compel Arbitration, be granted, and that the Court enter an Order compelling Plaintiffs to participate in a pending arbitration initiated by AIM and:

1. Dismissing Plaintiffs' Complaint under Fed. R. 12(b)(3); or

2. Staying this action under 9 U.S.C. § 3 until the pending arbitration is resolved.[1]

Respectfully submitted this 13th day of April, 2021.

/s/ *Lindsey E. Hughes*
Andrew B. Flake
Georgia Bar No. 262425
Lindsey E. Hughes
Georgia Bar No. 371291

ARNALL GOLDEN GREGORY, LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363
Telephone: 404-873-8500
Facsimile: 404-873-8501
Lindsey.hughes@agg.com

---

[1]    To the extent this Motion is contested, AIM would also respectfully request that the matter be set down, in accordance with Paragraph 19 of the Court's Instructions to Parties and Counsel, for oral argument to be conducted by AIM counsel Lindsey E. Hughes.

16428738v2

Andrew.Flake@agg.com

*Attorneys for Defendant Automatic Ice Maker Company*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing has

been filed using the Court's CM/ECF system, which will send a service copy to all

counsel of record.

This 13th day of April, 2021.


/s/ Lindsey E. Hughes

Lindsey E. Hughes

*Attorney for Defendant Automatic Ice Maker Company*

16428738v2